UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ASHLEY SCHMIDT,

    Plaintiff,

v.                                            Case No:  2:14-cv-539-FtM-29CM

SYNERGENTIC COMMUNICATIONS, INC., MIKE ORLANDO, TIM CARAVEO and KEN WALSH,

    Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend Complaint (Doc. 36) filed on March 11, 2015 and Plaintiff's Unopposed Motion to Extend Time for Mediation (Doc. 37) filed on March 16, 2015.

Plaintiff moves to amend its Complaint to remove Counts II, IV, V, VII, IX, X, XII, and XVII, as well as Counts XIV, XV, XIX, and XX, which have already been dismissed by the Court pursuant to an Order entered on January 20, 2015 (Doc. 28). The Local Rule 3.01(g) certification states that the parties have conferred and there are no objections to the filing of the Amended Complaint. The Motion does not indicate whether Defendant received a copy of the proposed Amended Complaint. However, based on the conferral of parties and lack of objection, the Court assumes that Defendant received and reviewed the proposed Amended Complaint. Thus, the Court will grant the request to amend. In future motions for leave to amend, the

parties are directed to indicate whether the opposing party has had the opportunity to review the proposed amendment.

Plaintiff also moves to extend the deadline for mediating this case to October 1, 2015. As grounds for this request, Plaintiff states the parties have been working to narrow the issues and have been in settlement discussions. The Local Rule 3.01(g) certification states that Defendants has no objection to the request. The Court finds good cause to grant the extension.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Amend Complaint (Doc. 36) is **GRANTED.** Plaintiff is directed to file the Amended Complaint in the CM/ECF system.

2. Defendants shall have **21 days** from the date of this Order to file a response to the Amended Complaint.

3. Plaintiff's Unopposed Motion to Extend Time for Mediation (Doc. 37) is **GRANTED**. The mediation deadline is extended until **October 1, 2015.**

4. All other deadlines and directives in the Court's Case Management and Scheduling Order (Doc. 27) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 19th day of March, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record